IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JOSE SOTELO and ALLI SALAIS,** *Plaintiffs*, | § § § |
| v. | § §   MO:21-CV-00047-RCG |
| **J&P TRUCKING, LLC,** *Defendant*. | § § § |

## ORDER

BEFORE THE COURT is the Parties' ADR Report filed April 20, 2023 informing the Court that the case settled during mediation. (Doc. 33). This case is before the Court pursuant to the consent of the parties in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Docs. 22, 23).

Accordingly, it is **ORDERED** that this case be **ADMINISTRATIVELY CLOSED**[1] without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **THIRTY (30)** days from the docketing of this Order.

It is **FURTHER ORDERED** that the Court **VACATES** the Final Pretrial Conference and Trial settings.

---

[1] *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay[.]").

It is so **ORDERED**.

SIGNED this 5th day of May, 2023.

                                                            _____
                                                            RONALD C. GRIFFIN
                                                            UNITED STATES MAGISTRATE JUDGE